UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIFFANY HARRIS,

    Plaintiff,

v.                                    CASE NO. 8:23-cv-696-SDM-SPF

ADVOCATE HEALTH, LLC, and
MSPOWERMAIL, LLC,

    Defendants.
_____/

## MEDIATION REPORT

In accord with the mediation order, the mediation occurred on ___NOVEMBER 10___, 20_23_.

(a)    The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation, each possessed the requisite settlement authority:

    _X_  All individual parties and their respective trial counsel.

    ___  Designated corporate representatives.

    ___  Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:

(c)    The result of the mediation:

__X__    <u>The action completely settled</u>. Within ten days of the mediation, lead counsel must notify the court of the settlement by filing a notice or memorandum of agreement signed by the parties and the mediator.

Comments:

____    <u>The action partially resolved</u>. Within ten days of the mediation, lead counsel must file a joint stipulation resolving the settled claims. The following issues remain:

Comments:

____    <u>The action neither settled nor failed to settle</u>.

Comments:

____   The action failed to settle.

Comments:

Reported on _November 14_, 20_23_, in _Tampa_, Florida.

_____
Signature of Mediator

JACK L. TOWNSEND, SR.
Name (PRINTED) of Mediator

6408 East Fowler Ave
Temple Terrace Fla
33617
813-340-3973
Mediator's Mailing Address and
Telephone Number

Cc: Counsel of Record and
Unrepresented Parties

3